■ THOMAS MURPHY et al., Appellants, v DONALD C. KUHN et al., Respondents. [648 NYS2d 410] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Lunn, J. (Appeal from Order of Supreme Court, Monroe County, Lunn, J.—Summary Judgment.) Present—Denman, P. J., Green, Callahan, Doerr and Davis, JJ.